# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVEN GENE GARCIA,

            Petitioner,

      v.

DAVID B. LONG, Warden,

            Respondent.

CASE NO. 2:16-cv-01417-CAS (SK)

**JUDGMENT**

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action dismissed with prejudice.

DATED:   August 17, 2017

                                                                                            CHRISTINA A. SNYDER
                                                                                            U.S. DISTRICT JUDGE